IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIE L. THOMAS,** **PETITIONER**

v. **CIVIL ACTION NO.: 4:14CV65-NBB-JMV**

**RON KING,** **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the Court **GRANTS** Respondent's "Motion to Dismiss Pursuant to § 2244(d)" and **DISMISSES** with prejudice the petition filed in this cause. A certificate of appealability is **DENIED**. All pending motions are **DISMISSED** as moot.

**SO ORDERED** this the 23rd day of September, 2014.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**